IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

James Wood Jr.,

        Plaintiff

vs.                                        Case No. 2:12-cv-00799-CG-SMV

Resurgent Capital Services, LP and
CVF Consumer Acquisition
Company,

        Defendants

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

/Anita M. Kelley
Anita M. Kelley
Law Office of Anita M. Kelley
P.O. Box 37487
Albuquerque, NM  87176
 (505) 750-0265
anitakelley27@gmail.com
akelley@attorneysforconsumers.com

*Co-counsel with WEISBERG & MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com

Filed electronically on this 14th day of August, 2012, with:

United States District Court CM/ECF system

By: s/Dana Patch
     Dana Patch